# United States District Court
# For The Western District of North Carolina
# Asheville Division

Charles W. Fortner,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              1:05cv250

Commissioner of Social Security,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion to remand and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2006 Order.

June 12, 2006

FRANK G. JOHNS, CLERK

BY:   s/Joan Gosnell

Joan Gosnell, Deputy Clerk